UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

JEREMIAH F. KANE, :
as Guardian ad litem of K.J. and I.J.P., :
also known as I.P., both minors, : CIVIL ACTION
 :
         Plaintiff, :
     v. : No. 12-cv-6649
 :
COUNTY OF CHESTER, PENNSYLVANIA; :
SARAH SCOTTO, Caseworker; :
SANDRA THOMAS, Supervisor; :
THE CHILDREN'S HOME OF READING :
YOUTH AND FAMILY SERVICES, INC.; :
MICHAEL ROCK, CHOR Case Manager; :
TRISTA MORRISSEY; :
CARMEN RIVERA, Supervisor; :
KATHRYN REECE, Caseworker; :
NANCY WARWICK, Caseworker; and :
SHADELL QUINONES, Supervisor, :
 :
         Defendants. :

---

## O R D E R

**AND NOW,** this 1st day of July, 2015, upon consideration of the Motion of Defendants The Children's Home of Reading Youth and Family Services, Inc., Michael Rock, and Trista Morrissey (collectively "the CHOR Defendants"), to Partially Dismiss and Strike the Fourth Amended Complaint, ECF No. 57, the Motion of Defendants County of Chester, Pennsylvania, Sarah Scotto, Sandra Thomas, Carmen Rivera, Nancy Reece, Katheryn Warwick, and Shadell Quinones (collectively "the County Defendants"), to Strike and/or Dismiss Portions of the

Plaintiff's Fourth Amended Complaint, ECF No. 58, and the responses thereto, ECF Nos. 62, 63, it is hereby **ORDERED** as follows:

1. The CHOR Defendants' Motion, ECF No. 57, is **GRANTED** in part and **DENIED** in part, as follows:

    a. The CHOR Defendants' Motion is **GRANTED** to the extent that it seeks to strike the word "both" at page 4 of the Fourth Amended Complaint, paragraph 14(a), line 1;

    b. In all other respects, the CHOR Defendants' Motion is **DENIED**.

2. The Chester County Defendants' Motion, ECF No. 58, is **GRANTED** in part and **DENIED** in part, as follows:

    a. The Chester County Defendants' Motion is **GRANTED** to the extent that it seeks that Count I be limited to a failure to train, single-violation theory of liability under Monell;

    b. The Chester County Defendants' Motion is **GRANTED** to the extent that it seeks to dismiss Count II and Count III as to Defendant, County of Chester, Pennsylvania;

    c. In all other respects, the Chester County Defendants' Motion is **DENIED**.

                                                **BY THE COURT:**

                                                */s/ Joseph F. Leeson, Jr.*_____
                                                **JOSEPH F. LEESON, JR.**
                                                **United States District Judge**