IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH KANE, as *guardian ad litem* of<br>K.J. AND I.J.P. a/k/a I.P., both minors, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 12-6649 |
| vs. | : | |
| COUNTY OF CHESTER, PENNSYLVANIA and<br>THE CHILDREN'S HOME OF READING,<br>Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of July, 2016, upon consideration of Plaintiffs' Petition to Compromise and Settle Minors Claim and noting that the parents of K.J. and I.J.P. a/k/a I.P. and the former Guardian ad Litem join in the relief requested,

**IT IS ORDERED** that the Petition is **GRANTED** except for the amount of the attorneys fees, which shall be reduced from $1,109,926.08 to $1,054,429.77, representing 38.5% of the net settlement amount of $2,774,815.19.

**IT IS ORDERED** that total distribution of funds for the benefit of K.J. and I.P. shall be $1,720,385.42, reflecting the addition of $55,496 (formerly allocated to attorney fees) to the fund for Defendants' purchase of a structured settlement annuity(ies) consistent with the terms of the proposal issued by Ringler Associates at Exhibit 8 to the Petition.

**IT IS FINALLY ORDERED** that additional costs incurred by Plaintiffs' counsel after filing the Petition shall be deducted from any balance after payment of $1,720,385.42, the total cost of the proposed structured settlement. After payment of said costs, the remaining balance, if any, shall be paid to Dwaine and Joy Eley for the benefit of the minors.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
UNITED STATES MAGISTRATE JUDGE