IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH KANE, as *guardian ad litem* of K.J. AND I.J.P. a/k/a I.P., both minors, | : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 12-6649 |
| vs. | : : | |
| COUNTY OF CHESTER, PENNSYLVANIA and THE CHILDREN'S HOME OF READING, | : : | |
| Defendants. | : : | |

## CORRECTED ORDER

**AND NOW**, this 25th day of July, 2016, upon consideration of Plaintiffs' Petition to Compromise and Settle Minors Claim and noting that the parents of K.J. and I.J.P. a/k/a I.P. and the former Guardian Ad Litem join in the relief requested; and upon review of this Court's July 15, 2016 Memorandum and Order and in accordance with the July 25, 2016 Amended Memorandum,

**IT IS ORDERED** that the July 15, 2016 Order is **VACATED**.

**IT IS ORDERED** that the Petition is **GRANTED** except for the amount of the requested attorneys fees, which shall be reduced to $1,068,268.97, representing 38.5% of the net settlement amount of $2,774,724.59.

**IT IS ORDERED** that total distribution of funds for the benefit of K.J. and I.P. shall be $1,706,455.62, reflecting the addition of $41,620.87 (formerly allocated to attorney fees). This total distribution shall include funding for Defendants' purchase of a structured settlement annuity(ies) consistent with the terms of the proposal by Ringler Associates at Exhibit 8 to the Petition.

**IT IS FINALLY ORDERED** that additional costs incurred by Plaintiffs' counsel after filing the Petition shall be deducted from any balance after purchase of the structured settlement annuity(ies). After payment of said costs, the remaining balance shall be paid to Joy and Dwaine Eley for the benefit of K.J. and I.P.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
UNITED STATES MAGISTRATE JUDGE